**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **W.W. GRAINGER, INC., W.W. GRAINGER INC. GROUP BENEFIT PLAN I; W.W. GRAINGER INC. GROUP BENEFIT PLAN II; AND W.W. GRAINGER INC. GROUP BENEFIT PLAN III,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**AETNA LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **Case No. 2:24 cv 352** |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Jon D. Corey, D.C. Bar No. 491311, of McKool Smith, P.C., 1999 K Street, N.W., Suite 600, Washington, DC 20006, (202) 370-8300 [Tel], (202) 370-8344 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiffs, W.W. Grainger, Inc.; W.W. Grainger, Inc. Group Benefit Plan I; W.W. Grainger, Inc. Group Benefit Plan II; and W.W. Grainger, Inc. Group Benefit Plan III.

Dated: May 20, 2024

Respectfully submitted,

*/s/ Jon D. Corey*
Jon D. Corey
D.C. Bar No. 491311
jcorey@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1999 K Street, N.W., Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

Emily B. Tate
New York State Bar No. 5769153
etate@mckoolsmith.com
David I. Schiefelbein
New York Bar No. 4767398
dschiefelbein@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Jennifer Truelove
Texas Bar No. 24012906
**MCKOOL SMITH, P.C.**
jtruelove@mckoolsmith.com
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903-923-9000
Telecopier: 903-923-9099

**Attorneys for Plaintiffs**
*W.W. Grainger, Inc.; W.W. Grainger, Inc. Group Benefit Plan I; W.W. Grainger, Inc. Group Benefit Plan II; and W.W. Grainger, Inc. Group Benefit Plan III*

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on May 13, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Jon D. Corey*
Jon D. Corey