**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

W.W. GRAINGER, INC., W.W. GRAINGER INC. GROUP BENEFIT PLAN I; W.W. GRAINGER INC. GROUP BENEFIT PLAN II; AND W.W. GRAINGER INC. GROUP BENEFIT PLAN III,

Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY

Defendant.

Civil Action No. 2:24-cv-00352-JRG- RSP

# ORDER

Before the Court is the Parties' Joint Motion to Stay Proceedings Pending Resolution of Appeal in Related Litigation. (**Dkt. No. 14**.0 Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

The above captioned case is stayed pending the resolution of the appeal in *Aramark Services, Inc. v. Aetna Life Ins. Co.*, Civil Action No. 2:23-cv-0446-JRG. The parties are **ORDERED** to file a joint notice notifying the Court of the resolution of that appeal within 14 days of its resolution.

**SIGNED this 13th day of August, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE